## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID PILL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-02268-MN |
| v. | ) ) ) | |
| PROGENICS PHARMACEUTICALS, INC., ANN MACDOUGALL, GÉRARD BER, BRADLEY L. CAMPBELL, ERIC J. ENDE, KAREN JEAN FERRANTE, HEINZ MÄUSLI, and DAVID W. MIMS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: March 10, 2020

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

**OF COUNSEL:**

**WOLF POPPER LLP**
Carl L. Stine
Antoinette A. Adesanya
845 Third Avenue
New York, NY 10022
Telephone.:  (212) 759-4600
Facsimile:  (212) 486-2093
Email: cstine@wolfpopper.com

*Attorneys for Plaintiff*